**Ed SPROLES, Appellant, v. Frank M. ROSEN et ux., Appellees.**

**No. 7473.**

Court of Civil Appeals of Texas. Austin.

March 12, 1930.

Rehearing Denied April 9, 1930.

McCLENDON, C. J.

This is a companion case to that of Sproles v. Schepps (Tex. Civ. App.) 26 S.W.(2d) 922 and is an appeal from an interlocutory order denying a change of venue. The causes of action in favor of different plaintiffs arose out of the same accident, issues in the two appeals are the same, and the decision in the Schepps case controls the case at bar.

On the authority of that case the trial court's judgment is affirmed.

Affirmed.